OCTOBER 2021
$1704.50



005380695351 OCT 08 #0000025576 $337.00

005380727284 OCT 15 #0000025582 $477.00

001790843149 OCT 22 #0000025590 $410.50



003290242051 NOV 01 #0000025596 $486.00

**NOVEMBER 2021**
**$1255.05**



004180641272 NOV 08 #0000025583 $288.00



002670046850 NOV 15 #0000025603 $368.05



009890198404 NOV 19 #0000025549 $200.00



003290089517 NOV 22 #0000025617 $399.00

DECEMBER 2021
TOTAL: $1514



002790310766 DEC 03 #0000025629 $451.60



009890993885 DEC 10 #0000025637 $96.00



002870033339 DEC 20 #0000025648 $582.40

002190827780 DEC 27 #0000025651 $384.00